CHARLES S. HIGGINS et al., Appellants, *v.* JAMES D. BELL, as
Commissioner, etc., Respondent.

(Argued June 5, 1891; decided June 23, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made June 28, 1889,
which affirmed an order of Special Term vacating an injunction.

· *Charles Edward Souther* for appellants.

*F. A. McCloskey* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

HERMAN CANTOR, as Assignee, etc., Respondent, *v.* FERDINAND
LEVY et al., Appellants.

(Argued June 5, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made December 31, 1890, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order
denying a motion for a new trial.

*S. F. Kneeland* for appellants.

*Morris J. Hirsch* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.